

# In the Missouri Court of Appeals
# Eastern District

DECEMBER 15, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.   ED99982   DIANNA MARIE SCHILF RES V RICHARD ALLEN SCHILF APP

2.   ED102094 WILLIAM STILES, RES V. CIR. CT. DIV. 1, ETAL, APP

3.   ED102201 STATE OF MISSOURI, RES V WILLETTA TOWNSEND, APP

4.   ED102222 M.A.F, RES V D.R.F., III, APP

5.   ED102347 JOHNNIE MOORE, APP V STATE OF MISSOURI, RES

6.   ED102444 STATE OF MISSOURI, RES V KARLOS D. CULBERSON, APP

7.   ED102520 THOMAS BROOKS, APP V STATE OF MISSOURI, RES

8.   ED102612 JOSHUA ARSENEAU, RES V DEVON ARSENEAU, APP

9.   ED102617 ARTEZ UPCHURCH, APP V STATE OF MISSOURI, RES

10.   ED102626 IN THE INTEREST OF:  C.Y.



# In the Missouri Court of Appeals
# Eastern District

DECEMBER 15, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

11. ED102659 CITY OF CLARKSVILLE, RES V MARGARET JENKS TST, APP

12. ED102677 DONALD A. MAUL, APP V STATE OF MISSOURI, RES

13. ED102821 WHITE KNIGHT LIMO APP V BREEZE COACH LEASING RES


**CORRECTION(S)**:

1. ED102925 CHRISTINE SIMMONS, RES V HUBELL KILLARK ELEC, APP